THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE RIGHTER, Appellant.— Judgment of the County Court, Westchester County,

rendered November 6, 1969, affirmed. It is noted that defendant is no longer confined under the judgment under review. Latham, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.